UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LEONARDO MOSSO DIAZ,

                Plaintiff,

    -against-

UNCLE PAUL'S PIZZA &
CAFE, INC., et al.,

                Defendants.
------------------------------------------------------------x

**ORDER**

15cv6401-FM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/16

**FRANK MAAS**, United States Magistrate Judge.

        Pursuant to the settlement conference held on March 8, 2016, it is hereby

ORDERED that:

1. A telephone conference in the above referenced matter has been scheduled for April 4, 2016, at 2 p.m. Counsel for the Plaintiff should initiate that conference. Any requests for an adjournment must be made to the Court, in writing, at least two business days prior to the conference.

2. The deadline for completion of fact discovery is extended until May 6, 2016.

    SO ORDERED.

Dated:    New York, New York
            March 8, 2016

                                                    FRANK MAAS
                                       United States Magistrate Judge

Copies to All Counsel via ECF