UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LEONARDO MOSSO DIAZ,                              :

                Plaintiff,                 :        **NOTICE OF CONFERENCE**

    -against-                                          :        15cv6401-FM

UNCLE PAUL'S PIZZA & CAFE INC., et al.,    :

                Defendants.              :

------------------------------------------------------------x

To All,

        A further settlement conference in the above referenced matter has been scheduled for **April 21, 2016, at 2 p.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The parties shall comply with Judge Maas's individual settlement procedures, which may be found on his page of the Court's website. Requests for adjournment must be made to the Court, in writing, at least two business days prior to the conference.

                                                                Bettina Roberts
                                                               Law Clerk, U.S.M.J. Maas

Dated:    New York, New York
              April 4, 2016

Copies to All Counsel via ECF