```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LEONARDO MOSSO DIAZ,            :

                Plaintiff,            :            **ORDER**

     -against-                         :            15cv6401-FM

UNCLE PAUL'S PIZZA &            :
CAFE, INC., et al.,

                :

              Defendants.
------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

      The Court having assisted the parties in arriving at a settlement that both sides consider fair and equitable; and

      The Court having considered the terms of that proposed settlement, and having also found that said terms are fair and reasonable; it is hereby

      ORDERED that the settlement is approved, and this action is dismissed with prejudice and without costs.

      SO ORDERED.

Dated:     New York, New York
              April 21, 2016

                                                           FRANK MAAS
                                          United States Magistrate Judge

Copies to All Counsel via ECF